Dismissed and Memorandum Opinion filed April 22, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00071-CR

____________

 

JABARI BRITT, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 228th District Court

Harris County, Texas

Trial Court Cause No. 1205995

 



 

MEMORANDUM
OPINION

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this court.  See Tex.
R. App. P. 42.2.  Because this court has not issued an opinion, we grant
appellant’s request.

Accordingly, we order the appeal dismissed.  We direct the clerk
of the court to issue the mandate of the court immediately.

PER CURIAM

 

Panel
consists of Justices Anderson, Frost, and Seymore.

Do not
publish — Tex. R. App. P. 47.2(b).